JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GEOFFREY RENNIE, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>RAMON STEVE OSORIO, an individual; TREENA OSORIO, an individual;<br><br>    Defendants. | Case No: CV 21-5094-GW-AFMx<br><br>**JUDGMENT AGAINST RAMON STEVE OSORIO**<br><br>Courtroom: 9D<br>Judge:      Hon. George H. Wu |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT, the Court having read and considered the application for default judgment and the supplemental materials in this matter against defendant RAMON STEVE OSORIO, hereby makes the following order:

1

**[PROPOSED] ORDER GRANTING PLAINTIFF GEOFFREY RENNIE'S APPLICATION FOR ENTRY OF DEFAULT AGAINST RAMON STEVEN OSORIO**

IT IS ORDERED THAT:

1) That GEOFFREY RENNIE take judgment against RAMON STEVE OSORIO in the amount of $213,456.76.

2) This amount includes the Court's calculation of $98,506.76 in its Tentative Order, *see* Docket No. 22, and $114,950 for the price of an equivalent rental care for a 475-day period.

IT IS SO ORDERED.

Dated: April 4, 2022

_____
Honorable George H. Wu
UNITED STATES DISTRICT JUDGE